IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KENNY MAYFIELD                                                                                    PLAINTIFF

VS.                                         CASE NO. 3:04CV00400 HLJ

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration
DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final decision of the Commissioner is affirmed and the Plaintiff's Complaint is DISMISSED, WITH PREJUDICE.

SO ADJUDGED this 14th day of March, 2006.


_____
UNITED STATES DISTRICT JUDGE